FILED

11 JUN 27 PM 3:00

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY:                        DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSEMARY COHORST, on behalf of themselves and all others similarly situated,<br><br>PLAINTIFFS;<br><br>V.<br><br>BRE PROPERTIES, INC., a Corporation, L1 HOLDING, INC., a South Carolina Corporation, LEVEL ONE, LLC, a South Carolina Limited Liability Corporation REAL PAGE, INC., a Corporation, and DOES 1 through 100, inclusive,<br><br>DEFENDANTS. | CASE NO. 3:10-CV-2666-JM-BGS<br><br>REPORT AND RECOMMENDATION OF SPECIAL MASTER RE: PROPOSED INTERVENOR PLAINTIFF ROMAN'S *EX PARTE* APPLICATION |

I.

**PRELIMINARY STATEMENT**

On May 19, 2011, Proposed Intervenor-Plaintiff Luminita Roman filed an *Ex Parte* Application to Shorten Time [Doc. No. 28] on her Motion to Intervene or, in the Alternative, to Stay the May 4, 2011 Order entered by the Honorable Jeffrey T. Miller, United States District Court Judge, preliminarily approving the settlement herein [Doc. No. 27]. On May 24, 2011, Judge Miller entered an Order referring the matter to the Special Master for a report and recommendation pursuant to Fed.R.Civ., P. 53.

The Special Master held a status conference on May 27, 2011 for the purpose of setting a briefing schedule to hear Proposed Intervenor-Plaintiff's *Ex Parte* Application on June 7, 2011. The Special Master has received opposition briefs on June 2, 2011 filed on behalf of the Cohorst Plaintiffs' and the Class, Defendant Level One, LLC and L1 Holding (Level One) which was joined by Defendant BRE Properties Inc. (BRE). The Special Master also received on June 6, 2011, Proposed Intervenor-Plaintiffs' Reply Brief; the Declaration of Stephanie A. Molina in Support of Level One's Opposition and Supplemental Request for Judicial Notice in Support of Level One's Opposition to the Roman *Ex Parte* Application. In addition, the Special Master has received a copy of the November 12, 2010 Declaration of Tyler L. Henner submitted by BRE.

## II.

## *EX PARTE* HEARING

The Special Master presided over the Roman *Ex Parte* Hearing on June 7, 2011 at the Offices of Judicate West, 402 West Broadway, Suite 2000, San Diego, California, attended by counsel for the Proposed Intervenor-Plaintiff Roman, counsel for Level One and co-counsel for Cohorst Plaintiffs' and the Class; appearing telephonically were counsel for BRE and co-counsel for Level One. The hearing was reported at the request of the Proposed Intervenor-Plaintiff Roman.

## III.

## SPECIAL MASTER'S RECOMMENDATION

After careful consideration of the written briefs and exhibits submitted by all parties and the argument for counsel, the Special Master recommends as follows:

1. The Proposed-Intervenor-Plaintiff Luminato Roman's *Ex Parte* Application to Shorten Time on her Motion to Intervene or, in the Alternative to Stay the May 4, 2011 Order entered by the Honorable Jeffrey T. Miller, is denied; See *Mission Power Eng's Co. v. Cont'l. Cas Co.*, 883 F.Supp. 488, 492 (C.D. Cal. 1995).

2. The Special Master finds that the Proposed Intervenor-Plaintiff Roman has failed to make a sufficient showing to stay the May 4, 2011 Order since the claims administrator has been actively complying with the May 4, 2011 Order and the claims process is ongoing including:

The creation of a website; publication of class action notice in *USA Today*; and the e-mailing of notice to class members. See Declaration of Stephanie A. Molina, Operation Manager of ILYM Group. The Special Master finds that a Stay of the May 4, 2011 Order entered by Judge Miller would be disruptive to the claims administration process and result in additional administrative costs which could prejudice the recovery received by the class members.

3. The Special Master further finds that Roman's Application for an Order Shortening Time to hear the Motion to Intervene should also be denied to allow for additional briefing on the issues raised in Roman's Motion to Intervene and to follow Judge A. Howard Matz's ruling on pending motions in *Roman v. BRE* set for hearing on June 27, 2011 in the federal court in Los Angeles. The Special Master does note that counsel for Roman stated during the *Ex Parte* Hearing that it was Roman's intention to dismiss the Los Angeles competing class action lawsuit.

4. The Special Master also noted that in the event that Roman's Motion to Intervene is granted, consideration would be given to making a recommendation to Judge Miller to extend the remaining dates to object to the class settlement and the final approval Fairness Hearing now set for August 9, 2011 and September 8, 2011.

5. The Special Master sets the following briefing schedule on Roman's Motion to Intervene scheduled for July 11, 2011 at 10:00 a.m. Further briefs are to be filed by Roman on or before June 17, 2011; Opposition Briefs to be filed on or before July 1, 2011 and Reply Brief to be filed on or before July 7, 2011.

SO RECOMMENDED:

Dated: 6/13/11

Herbert B. Hoffman
Judge of the California Superior Court, Ret.
Special Master

SO ORDERED:

Dated: 6/24/11

Honorable Jeffrey T. Miller
United States District Court Judge

# PROOF OF SERVICE

I am employed in the county of Orange, State of California. I am over the age of eighteen and not a party to the within action, and my business address is: 1851 E. First Street, Suite 1600, Santa Ana, CA 92705

On June 13, 2011, I served the following document: **REPORT AND RECOMMENDATION OF SPECIAL MASTER RE: PROPOSED INTERVENOE PLAINTIFF ROMAN'S EX PARTE APPLICANT**, on the interested parties in the matter of **COHORST, ET AL. VS. LEVEL ONE, LLC, ET AL.** by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

Howard Edwin King, Esq.
Law Offices of Howard Edwin King Jr.
402 W Broadway, Suite 860
San Diego, CA 92101
Email: hedkinglaw@aol.com

Patrick N. Keegan, Esq.
Keegan & Baker, LLP
6255 Lusk Blvd., Suite 140
San Diego, CA 92121
Email: pkeegan@kmb-law.com

James Frantz, Esq.
Frantz Law Group
402 West Broadway, Suite 860
San Diego, CA 92101
Email: jpf@frantzlawgroup.com

Paul R. Kiesel, Esq.
Kiesel, Boucher & Larson LLP
8648 Wilshire Blvd.
Beverly Hills, CA 90211-2910
Email: kiesel@kbla.com

Tim J. Vanden Heuvel, Esq.
Jon P. Kardassakis, Esq.
Lewis, Brisbois, Bisgaard & Smith, LLP
701 B Street, Suite 1900
San Diego, CA 92101
Email: vanden@lbbslaw.com

Sheldon Eliot Eisenberg, Esq.
Drinker, Biddle & Reath, LLP
1800 Century Park E, Suite 1400
Los Angeles, CA 90067
Email: sheldon.eisenberg@dbr.com

Bronwyn Fitzgerald Pollock, Esq.
Evan M. Wooten, Esq.
Mayer Brown, LLP
350 South Grand Avenue, 25th Floor
Los Angeles, CA 90071-1503
Email: bpollock@mayerbrown.com

__X__ I am readily familiar with the business' practice for collection and processing of correspondence and mailing with the United States Postal Service; such correspondence would be deposited with the United States Postal Service the same day of deposit with postage thereon fully prepaid at Santa Ana, California, in the ordinary course of business.

__X__ By electronic mail

____ By Facsimile, on _____ at approximately _____. I faxed such document from our facsimile telephone number (714) 834-1344 to the offices of the parties as stated on the service list. The document was transmitted by facsimile transmission and the transmission was reported as complete and without error.

__X__ (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

____ (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **June 13, 2011**, at Santa Ana, California.

Rachelle Show
Judicate West

1
**PROOF OF SERVICE**