FILED
AUG 2 5 2011
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSEMARY COHORST, on behalf of themselves and all others similarly situated,<br><br>PLAINTIFFS,<br>v.<br><br>BRE PROPERTIES, INC., a Corporation, L1 HOLDING, INC., a South Carolina Corporation, LEVEL ONE, LLC, a South Carolina Limited Liability Corporation REAL PAGE, INC., a Corporation, and DOES 1 through 100, inclusive,<br><br>DEFENDANTS | CASE NO: 3:10-CV-2666-JM-BGS<br><br>REPORT AND RECOMMENDATION BY SPECIAL MASTER RE: SCHEDULING OF FINAL FAIRNESS HEARING |

I.

## PRELIMINARY STATEMENT

This matter came before the Special Master on August 19, 2011 at the offices of Judicate West located at 402 West Broadway, Suite 2000, San Diego, California 92101 pursuant to plaintiff's ex parte application to continue to the hearing date for the Final Fairness Hearing. During the telephonic ex parte hearing, plaintiffs' and class representatives were represented by Patrick N. Keegan, Esq. Defendant, Level One was represented by Tim J. Vanden Heuvel, Esq. and Sheldon Eisenberg, Esq. Defendant, BRE Properties, Inc. was represented by Evan M. Woofen, Esq. Objector, Susan Kreidler, was represented by Paul Kiesel, Esq.

REPORT AND RECOMMENDATION BY SPECIAL MASTER                                    -1-

## II.

## DISCUSSION AND RECOMMENDATION

As discussed in plaintiffs' *ex parte* application, the Final Fairness Hearing is presently scheduled for hearing on September 8, 2011 at 1:30 p.m. As provided in the Preliminary Approval Order, the moving papers in support of the Final Approval were to be filed with this court on or before August 25, 2011.

The Special Master has received objections to the proposed settlement from four (4) persons on or before the August 9, 2011 deadline to file a written objection to the proposed settlement. In the Preliminary Approval Order, this court provided that all Proof of Claim Forms must be postmarked or electronically submitted no later than September 8, 2011 which coincides with the present Final Approval Hearing date.

The Special Master agrees with plaintiffs' counsel that an extension of time for filing of the moving papers in support of Final Approval Hearing and a continuance of the Final Approval Hearing will allow the Special Master and this court to evaluate the results of the total number of claim forms submitted and the effectiveness of class notice procedures to address the issues raised in the objections to Final Approval.

The Special Master notes that the Preliminary Approval Order provides that this court is permitted to continue the Final Fairness Hearing to another date without further notice to members of the settlement class. (Preliminary Approval Order, paragraph 5.) The plaintiffs have requested that this court enter an order continuing the Final Fairness Hearing from September 8, 2011 at 1:30 p.m. to September 29, 2011 at 1:30 p.m. and continuing the filing date on which all papers in support of the Final Approval are to be filed from August 25, 2011 to September 15, 2011. The Special Master recommends that this court enter an order

///
///
///
///
///

REPORT AND RECOMMENDATION BY SPECIAL MASTER                    -2-

granting the plaintiffs' request for a continuance of the Final Fairness Hearing and deadline for filing the moving papers if the dates are convenient to this court.

SO RECOMMENDED:

DATED: 8/24/11

_____
Special Master Judge Herbert B. Hoffman
Judge of the California Superior Court (Ret.)

REPORT AND RECOMMENDATION BY SPECIAL MASTER                                    -3-

## PROOF OF SERVICE

I am employed in the county of Orange, State of California. I am over the age of eighteen and not a party to the within action, and my business address is: 1851 E. First Street, Suite 1600, Santa Ana, CA 92705

On August 24, 2011, I served the following document: **REPORT AND RECOMMENDATION BY SPECIAL MASTER RE: SCHEDULING OF FINAL FAIRNESS HEARING,** on the interested parties in the matter of **COHORST, ET AL. VS. LEVEL ONE, LLC, ET AL.** by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

Howard Edwin King, Esq.
Law Offices of Howard Edwin King Jr.
402 W Broadway, Suite 860
San Diego, CA 92101
hedkinglaw@aol.com

Patrick N. Keegan, Esq.
Keegan & Baker, LLP
6255 Lusk Blvd., Suite 140
San Diego, CA 92121
pkeegan@kmb-law.com

James Frantz, Esq.
Frantz Law Group
402 West Broadway, Suite 860
San Diego, CA 92101
jpf@frantzlawgroup.com

Paul R. Kiesel, Esq.
Jeffrey Koncious, Esq.
Kiesel, Boucher & Larson LLP
8648 Wilshire Blvd.
Beverly Hills, CA 90211-2910
kiesel@kbla.com
koncious@kbla.com

Tim J. Vanden Heuvel, Esq.
Jon P. Kardassakis, Esq.
Lewis, Brisbois, Bisgaard & Smith, LLP
701 B Street, Suite 1900
San Diego, CA 92101
vanden@lbbslaw.com
kardassakis@lbbslaw.com

Sheldon Eliot Eisenberg, Esq.
Drinker, Biddle & Reath, LLP
1800 Century Park E, Suite 1400
Los Angeles, CA 90067
sheldon.eisenberg@dbr.com

Bronwyn Fitzgerald Pollock, Esq.
Evan M. Wooten, Esq.
Mayer Brown, LLP
350 South Grand Avenue, 25th Floor
Los Angeles, CA 90071-1503
bpollock@mayerbrown.com
ewooten@mayerbrown.com

__X__ I am readily familiar with the business' practice for collection and processing of correspondence and mailing with the United States Postal Service; such correspondence would be deposited with the United States Postal Service the same day of deposit with postage thereon fully prepaid at Santa Ana, California, in the ordinary course of business.

__X__ By electronic mail

____ By Facsimile, on _____ at approximately _____. I faxed such document from our facsimile telephone number (714) 834-1344 to the offices of the parties as stated on the service list. The document was transmitted by facsimile transmission and the transmission was reported as complete and without error.

__X__ (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

____ (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **August 24, 2011**, at Santa Ana, California.

Rachelle Snow
Judicate West