1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

9
10
11
12
13
14
15
16
17

| | |
|---|---|
| ROSEMARY COHORST, on behalf of themselves and all others similarly situated,<br><br>                                    Plaintiffs,<br><br>      vs.<br><br>BRE PROPERTIES, INC.; L1 HOLDING, INC; LEVEL ONE, LLC; and REAL PAGE, INC.,<br><br>                                    Defendants. | CASE NO. 10cv2666 JM(BGS)<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION RE: SCHEDULING OF FINAL FAIRNESS HEARING |

18    On August 24, 2011 Special Master Judge Herbert B. Hoffman issued a Report

19  and Recommendation to continue the Final Fairness Hearing date from September 8,

20  2011 to September 29, 2011 at 1:30 p.m ("R & R").  The court has contacted the parties

21  to this action (Patrick Keegan, Esq. for Plaintiffs, Tim J. Vanden Heuvel, Esq. for

22  defendant Level One, LLC and Evan M. Wooten, Esq. for defendant BRE Properties,

23  Inc.) to inquire into the filing of any Objections to the R & R.  The parties do not object

24  to the continuance of the Final Fairness Hearing.

25    Having carefully considered the R & R, the record before the court, the absence

26  of any objections to the R & R, and applicable authorities, the court adopts the R & R

27  / / /

28  / / /

1   in its entirety.  The Final Fairness Hearing is continued until September 29, 2011 at

2   1:30p.m.

3       **IT IS SO ORDERED.**

4

5   DATED:  August 25, 2011

6                               _____

7                              Hon. Jeffrey T. Miller
                              United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

10cv2666